**Opinion issued August 3, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00507-CV

_____

## IN RE REYNALDO MORALES, Relator

## Original Proceeding on Petition for Writ of Mandamus

## MEMORANDUM OPINION

Relator, Reynaldo Morales, proceeding pro se, has filed a petition for writ of mandamus challenging the June 23, 2023 order signed by the Honorable Latosha Lewis Payne, the presiding judge of the 55th District Court and the Harris County Local Administrative Judge.[1]  Morales also mentions an April 21, 2016 order

---

[1]  The underlying case is *Reynaldo Morales v. Travelers Indemnity Company of Connecticut*, cause number 2013-54065, pending in the 165th District Court of Harris County, Texas, the Honorable Ursula Hall, presiding.

signed by a different judge, which allegedly stated that the trial court lacked jurisdiction. Morales attaches only a copy of the June 23, 2023 order.

Morales has been adjudicated a vexatious litigant. *See* https://www.txcourts.gov/media/1337456/Reynaldo-Morales-No-2016-02771.pdf. Under this prefiling order, Morales is prohibited from filing new litigation in state court without first obtaining permission from the appropriate local administrative judge. Section 11.103 of the Civil Practice and Remedies Code prohibits a clerk of a court from filing "a litigation, original proceeding, appeal, or other claim presented, pro se, by a vexatious litigant subject to a prefiling order under Section 11.101 unless the litigant obtains an order from the appropriate local administrative judge described by Section 11.102(a) permitting the filing." TEX. CIV. PRAC. & REM. CODE § 11.103(a). Morales has not presented an order signed by the local administrative judge permitting the filing of this original proceeding. Accordingly, we must dismiss this proceeding. *See In re Johnson*, No. 01-21-00611-CV, 2022 WL 210406, at *1 (Tex. App.—Houston [1st Dist.] Jan. 25, 2022, orig. proceeding) (mem. op.).

We dismiss the petition. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.

2